# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gold, Steven M. | 2. Court or Organization<br><br>U.S. District Court EDNY | 3. Date of Report<br><br>05/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
225 Cadman Plaza East Chambers 1217S
Brooklyn, New York 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. P/time Adjunct Prof. of Law | Brooklyn Law School |
| 2. Board Member | Co-op Board, �altered▪ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Salary/Adj Prof of Law/Brooklyn Law School | $20,000.00 |
| 2. 2013 | Lecturer, Brooklyn Law School | $1,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Salary/Executive Director. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S.-Asia Law Institute, NYU Law School | 12/10/2013 - 12/21/2013 | China | Educational Conference | Travel, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Checking 046▮ | A | Interest | J | T | | | | | |
| 2. Chase Plus Saving 767▮ | A | Interest | K | T | | | | | |
| 3. CHASE DYNAMIC YIELD STRAT.▮ | | | | | | | | | |
| 4. - JPM Strip Inc Opp Fund▮ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 5. - JPM Tr I MLT SC Inc Fund▮ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 6. -Harbor High Yield Bond▮ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 7. | | | | | Sold (part) | 12/18/13 | J | | |
| 8. - Harbor Convertible Sec▮ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 9. - Pimco Emerging Local Bond▮ | A | Int./Div. | | | Buy | 07/16/13 | J | | |
| 10. | | | | | Sold | 07/31/13 | J | A | |
| 11. - Pimco Emerging Mrkts Corp Bond▮ | A | Int./Div. | | | Buy | 07/16/13 | J | | |
| 12. | | | | | Sold (part) | 11/18/13 | J | A | |
| 13. | | | | | Sold | 11/25/13 | J | A | |
| 14. -Clearbridge Equity▮ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 15. -SIT Dividend Growth▮ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 16. -Prudential Total Return▮ | A | Int./Div. | | | Buy | 07/16/13 | J | | |
| 17. | | | | | Sold (part) | 08/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/24/13 | J | A | |
| 19. -Tortoise MLP and Pipeling | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 20. -Ridgeworth SEIX Floating | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 21. -Gateway Fund | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 22. -Nuveen Global Infrastructure | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 23. -Matthews Asia Dividend | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 24. -Eaton Vance Floating Rate | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 25. - Blackrock High Yield Bond | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 26. | | | | | Sold (part) | 11/12/13 | J | A | |
| 27. -Cohen & Steers Pref's Sec & Inc | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 28. -HSBC Funds Total Return | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 29. - Doubleline Total Return | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 30. - TRP Inst Floating Rate | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 31. -JPM Intrepid Eur Fund | A | Int./Div. | J | T | Buy | 08/01/13 | J | | |
| 32. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 33. -Metropolitan West Funds | A | Int./Div. | J | T | Buy | 10/24/13 | J | | |
| 34. -Avenue Mutual Funds | A | Int./Div. | J | T | Buy | 11/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 36. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 37. Columbia FD Ser TRT ▉ | A | Int./Div. | J | T | Buy | 12/19/13 | J | | |
| 38. CHASE TAP ABSOLUTE RET ▉ | | | | | | | | | |
| 39. -JPM Str Inc Opp Fund ▉ | A | Int./Div. | J | T | Buy | 07/16/13 | K | | |
| 40. - JPM Tr I MLT SC Inc Fund ▉ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 41. - JPM Tr I MLT SC Inc Fund ▉ | | | | | Sold (part) | 07/22/13 | J | A | |
| 42. -PimcoUnconstrained Bond ▉ | A | Int./Div. | J | T | Buy | 07/16/13 | K | | |
| 43. | | | | | Sold (part) | 09/03/13 | J | A | |
| 44. - Prudential Invt Portfolio 9 ▉ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 45. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 46. - RBC Funds Tr Blubay ▉ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 47. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 48. - Eaton Vance Floating Rate ▉ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 49. - Goldman Sachs Tr Strg ▉ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 50. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 51. | | | | | Buy (add'l) | 10/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -HSBC Funds Total Return ▩ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 53. - Doubleline Total Return ▩ | A | Int./Div. | J | T | Buy | 07/16/13 | J | | |
| 54. | | | | | Sold (part) | 10/02/13 | J | A | |
| 55. Vanguard Healthcare Fund IRA | B | Dividend | K | T | | | | | |
| 56. CHASE MANAGED ACCOUNT (IRA) | | | | | | | | | |
| 57. -Thornburg Intl Value (IRA) | A | Int./Div. | | | | | | | |
| 58. | | | | | Sold | 04/18/13 | J | A | |
| 59. -JP Morgan US Equity Fund (IRA) | A | Int./Div. | | | | | | | |
| 60. | | | | | Sold | 04/18/13 | K | A | |
| 61. -JP Morgan Emerging Markets (IRA) | A | Int./Div. | | | | | | | |
| 62. | | | | | Sold | 04/18/13 | J | A | |
| 63. -Pimco Total Return (IRA) | A | Int./Div. | | | | | | | |
| 64. | | | | | Sold | 04/18/13 | J | A | |
| 65. -JP Morgan Core Bond Fund (IRA) | A | Int./Div. | | | | | | | |
| 66. | | | | | Sold | 04/18/13 | J | A | |
| 67. -JP Morgan Mid Cap Equity (IRA) | A | Int./Div. | | | | | | | |
| 68. | | | | | Sold | 04/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -JP Morgan High Yield Bond Fund (IRA) | A | Int./Div. | | | | | | | |
| 70. | | | | | Sold | 04/18/13 | J | A | |
| 71. -Deleware Emerging Markets Fund (IRA) | A | Int./Div. | | | | | | | |
| 72. | | | | | Sold | 04/18/13 | J | A | |
| 73. -T Rowe Price New Income Prospectus (IRA) | A | Int./Div. | | | | | | | |
| 74. | | | | | Sold | 04/18/13 | J | A | |
| 75. -Oakmark Fund Class I (IRA) | A | Int./Div. | | | | | | | |
| 76. | | | | | Sold | 04/18/13 | J | A | |
| 77. -Wells Fargo Advtg Grouwth (IRA) | A | Int./Div. | | | Sold | 04/18/13 | J | A | |
| 78. -JP Morgan International Value Select (IRA) | A | Int./Div. | | | | | | | |
| 79. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 80. | | | | | Sold | 04/18/13 | J | B | |
| 81. -JP Morgan Small Cap Equity (IRA) | A | Int./Div. | | | | | | | |
| 82. | | | | | Sold | 04/18/13 | J | A | |
| 83. -Goldman Sachs Small Cap Equity (IRA) | A | Int./Div. | | | | | | | |
| 84. | | | | | Sold | 04/18/13 | J | A | |
| 85. -Goldman Sachs Emerging Mkts Debt Fund (IRA | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 02/07/13 | J | | |
| 87. | | | | | Sold | 04/18/13 | J | A | |
| 88. -DWS Core Equity (IRA) | A | Int./Div. | | | | | | | |
| 89. | | | | | Sold | 04/17/13 | J | A | |
| 90. -SPDR S&P 500 ETF Trust (IRA) | A | Int./Div. | | | | | | | |
| 91. | | | | | Sold (part) | 02/11/13 | J | | |
| 92. | | | | | Sold | 04/18/13 | J | A | |
| 93. -JP Morgan Real Estate Fund (IRA) | A | Int./Div. | | | | | | | |
| 94. | | | | | Sold | 04/18/13 | J | A | |
| 95. -Blackrock US Opportunity (IRA) | A | Int./Div. | | | | | | | |
| 96. | | | | | Sold | 04/18/13 | J | A | |
| 97. -Blackrock High Yield Bond (IRA) | A | Int./Div. | | | | | | | |
| 98. | | | | | Sold | 04/18/13 | J | A | |
| 99. -Cohen and Steers Realty Income (IRA) | A | Int./Div. | | | | | | | |
| 100. | | | | | Sold | 04/18/13 | J | A | |
| 101. -Federated Inst'l High Yield Bond (IRA) | A | Int./Div. | | | | | | | |
| 102. | | | | | Sold (part) | 02/07/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/18/13 | J | A | |
| 104. -MFS Ser Tr X Emerging Mkt (IRA) | A | Int./Div. | | | | | | | |
| 105. | | | | | Sold | 04/18/13 | J | A | |
| 106. -Vanguard Sector Index (IRA) | A | Int./Div. | | | | | | | |
| 107. | | | | | Sold | 04/18/13 | J | A | |
| 108. -IShares Trust Russell | A | Int./Div. | | | Buy | 02/07/13 | J | | |
| 109. | | | | | Sold | 04/18/13 | J | A | |
| 110. -JPM Realty Income (IRA) | A | Int./Div. | | | Buy | 04/25/13 | J | | |
| 111. | | | | | Sold | 09/25/13 | J | A | |
| 112. -JPMorgan TR 1 EX-G4(IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 113. | | | | | Sold (part) | 07/19/13 | J | | |
| 114. -JPM Intrepid Value (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 115. -JPM China Region (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 116. -JPM Strip Inc Opp (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 117. -JPM Large Cap Growth (IRA) | A | Int./Div. | | | Buy | 04/25/13 | J | | |
| 118. | | | | | Sold | 10/28/13 | J | A | |
| 119. -JPM Short Duration Bond (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 121. -JPM TR I MLT SC Inc (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 122. -JPM TR I Infl Mngd Bd (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 123. -JPM Tax Aware Equity (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 124. -AIM Invt FDS Bal Risk (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 125. -Aberdeen Asia Pacific | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 126. -Pimco FDS Unconstr Bd (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 127. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 128. -Pimco Commodities Plus Strat (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 129. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 130. -Neub Berman Multi Cap Opp (IRA) | B | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 131. -Primecap Odyssey Find (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 132. | | | | | Sold (part) | 10/28/13 | J | | |
| 133. -Principal Invs Fd Midcap (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 134. -Doubleline FDS TR | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 135. -Dreyfus Laurel Emerging Mkt (IRA) | A | Int./Div. | | | Buy | 04/25/13 | J | | |
| 136. | | | | | Sold | 09/06/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Ridgeowrth FDS SEIX (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 138. | | | | | Sold (part) | 06/20/13 | J | | |
| 139.  -Gateway Fund | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 140. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 141.  -Eaton Vance Mut FDS Macro Abs (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 142.  -T Rowe Price Overseas Stock (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 143. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 144.  -Oppenheimer Develpg Mkts (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 145. | | | | | Sold (part) | 08/01/13 | J | | |
| 146.  -Blackrock High Yield Bond (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 147.  -Columbia FDS Series TR II Mass Asia (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 148.  -Vanguard FI Secs F (IRA) | A | Int./Div. | | | Buy | 04/25/13 | J | | |
| 149. | | | | | Sold | 08/14/13 | J | A | |
| 150.  -Capital Private Client (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 151.  -Arbitrage Funds I (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 152.  -Ishares MSCI Emerging Mkts (IRA) | A | Int./Div. | | | Buy | 04/25/13 | J | | |
| 153. | | | | | Sold | 08/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -SPDR Gold Trust (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 155. | | | | | Sold (part) | 10/24/13 | J | | |
| 156.  -Ishares MSCI EAFE Index Fd (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 157. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 158. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 159.  -Ishares Core S&P Midcap (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 160.  -SDR S&P 500 ETF Trust (IRA) | B | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 161. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 162.  -Vanguard FTSE Europe (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 163. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 164.  -MFS Int Value (IRA) | A | Int./Div. | J | T | Buy | 04/25/13 | J | | |
| 165. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 166.  -Equinox FDS Tr (IRA) | A | Int./Div. | J | T | Buy | 06/20/13 | J | | |
| 167.  CHASE MANAGED ACCT (IRA) | | | | | | | | | |
| 168.  JP Morgan Liquid Assets MMkt (IRA) | A | Int./Div. | J | T | | | | | |
| 169.  DWS Blue Chip Fund (IRA) | | None | | | | | | | See Part VIII, note 5 |
| 170.  DWS Core Equity (IRA) | | None | | | | | | | See Part VIII, note 5 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 05/21/13 | J | A | |
| 172. T Rowe Price new Income (IRA) | A | Int./Div. | J | T | | | | | |
| 173. American Century Growth (IRA) | A | Int./Div. | | | | | | | |
| 174. | | | | | Sold | 04/23/13 | J | A | |
| 175. Goldman Sachs Small Cap Value (IRA) | A | Int./Div. | J | T | | | | | |
| 176. Thornburg Intl Value (IRA) | A | Int./Div. | J | T | | | | | |
| 177. | | | | | Sold (part) | 04/23/13 | J | | |
| 178. Pimco Total Return (IRA) | A | Int./Div. | J | T | | | | | |
| 179. | | | | | Sold (part) | 04/23/13 | J | | |
| 180. Oppenheimer Developing Markets (IRA) | A | Int./Div. | J | T | | | | | |
| 181. | | | | | Sold (part) | 04/23/13 | J | | |
| 182. Aston/Airpointe Mid Cap (IRA) | A | Int./Div. | J | T | | | | | |
| 183. Wells Fargo Advantage Growth (IRA) | A | Int./Div. | J | T | | | | | |
| 184. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 185. SDPR S&P 500 ETF Trust (IRA) | A | Int./Div. | J | T | | | | | |
| 186. | | | | | Sold (part) | 02/07/13 | J | | |
| 187. | | | | | Sold (part) | 04/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Oakmark Fund I (IRA) | A | Int./Div. | J | T | | | | | |
| 189. | | | | | Sold (part) | 04/23/13 | J | A | |
| 190. JP Morgan High Yield Bond (IRA) | A | Int./Div. | J | T | | | | | |
| 191. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 192. JP Morgan Core Bond (IRA) | A | Int./Div. | J | T | | | | | |
| 193. | | | | | Sold (part) | 04/23/13 | J | | |
| 194. JP Morgan Small Cap Equity (IRA) | A | Int./Div. | J | T | | | | | |
| 195. JP Morgan US Equity Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 196. | | | | | Sold (part) | 04/23/13 | J | | |
| 197. JP Morgan Emerging Markets Equity (IRA) | A | Int./Div. | J | T | | | | | |
| 198. | | | | | Sold (part) | 04/23/13 | J | | |
| 199. JP Morgan Mid Cap Equity (IRA) | A | Int./Div. | J | T | | | | | |
| 200. | | | | | Sold (part) | 04/23/13 | J | | |
| 201. JP Morgan US Real Estate (IRA) | A | Int./Div. | | | Sold | 04/23/13 | J | A | |
| 202. JP Morgan Intl Value (IRA) | A | Int./Div. | J | T | | | | | |
| 203. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 204. | | | | | Sold (part) | 04/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Blackrock US Opportunity (IRA) | A | Int./Div. | J | T | | | | | |
| 206. Blackrock High Yld Bond (IRA | A | Int./Div. | J | T | | | | | |
| 207. Cohen and Steers Realty Income (IRA) | A | Int./Div. | J | T | | | | | |
| 208. Federated Instit'l High Yield Bond (IRA | A | Int./Div. | J | T | | | | | |
| 209. Goldman Sachs Emerging Mkkts (IRA | A | Int./Div. | J | T | | | | | |
| 210. Vanguard Sector Index Fd (IRA | A | Int./Div. | J | T | | | | | |
| 211. -Causeway Cap Mngmnt (IRA) | A | Int./Div. | J | T | Buy | 04/23/13 | J | | |
| 212. -Deleware Gp Emerg. Mkts (IRA) | A | Int./Div. | J | T | Buy | 04/23/13 | J | | |
| 213. -Harbor Intl Fund (IRA | A | Int./Div. | J | T | Buy | 04/23/13 | J | | |
| 214. -JP Morgan Short Dur'n Bond IRA | A | Int./Div. | J | T | Buy | 04/23/13 | J | | |
| 215. -JPMorgan Value Adv (IRA | A | Int./Div. | J | T | Buy | 04/23/13 | J | | |
| 216. -Mass. Invstrs Trust (IRA | A | Int./Div. | J | T | Buy | 04/23/13 | J | | |
| 217. -Sterling Cap FDS Capital (IRA | A | Int./Div. | J | T | Buy | 04/23/13 | J | | |
| 218. -Pimco Short Term Fund (IRA | A | Int./Div. | J | T | Buy | 09/06/13 | J | | |
| 219. -IShares NSCI EAFE | A | Int./Div. | J | T | | | | | See Part VIII, note 6 |
| 220. T ROWE PRICE RTMNT. PLAN | | | | | | | | | |
| 221. - T Rowe Price Personal Strategy Fund 403(b) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - T Rowe Price Health Sciences Fund 403(b) | E | Dividend | L | T | | | | | |
| 223. - T Rowe Price Prime Reserve Fund 403(b) | A | Dividend | K | T | | | | | |
| 224. REFORM PENSION BOARD 403(b) | | | | | | | | | |
| 225. -Reform Pension Board Equity Fund 403(b) | | | | | Redeemed | 01/01/13 | L | | |
| 226. - Reform Pension Board Core Bond Fund 403(b) | | | | | Redeemed | 01/01/13 | L | | |
| 227. -Ref. Pens Bd. Apprecn &Inc. Fund 403(b) | D | Int./Div. | M | T | Buy | 01/01/13 | M | | |
| 228. | | | | | Buy (add'l) | 07/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gold, Steven M. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as defined in 26 USC 152 during 2013 and information pertaining to ▓▓ is therefore not included in my report this year. More specifically, ▓ was no longer ▓▓▓ and largely supported ▓▓▓▓ May through December.

2) Borrowing from the example on p. 55 of the filing instructions, I have inserted Titles of four accounts through which various investments, each listed individually, are held. Lines 3, 38, 56, 167, 220 and 224 are headers.

3) Chase checking 569 and savings 484, reported on lines 2 and 3 of my 2012 report, are omitted this year because the accounts are being used by ▓▓▓▓ ▓▓▓▓▓▓ Although ▓▓▓▓ is a cosignor on the accounts, the funds in the accounts belong to ▓▓▓ and ▓ is the one with control over the activities in the accounts.

4) I cannot find any record pertaining to the JP Morgan Liquid Assets MMkt included in my 2012 report. I can only infer that it was a short term money market account used to hold funds briefly between other investments, and that I did not realize that when I filed my 2012 report.

5) The investments listed in Part VII on lines 169 and 170 (DWS Blue Chip Fund (IRA▓▓) and DWS Core Equity (IRA▓▓)) do not appear in my 2013 statements as holdings of the managed account. I presume these investments were sold over time in amounts of less than $1,000.

6) The purchase of the investment listed in Part VII on Line 219 (IShares MSCI EAFE (IRA▓▓) is not listed because it appears to have been acquired in a transaction of less than $1,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven M. Gold**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544